FILED

03/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0628

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| STATE OF MONTANA,<br>                    Plaintiff / Appellee,<br>        -vs-<br><br>KENTON MADISON SMARTT,<br>                    Defendant / Appellant. | Cause No. DA 22-0628<br><br><br>**ORDER GRANTING EXTENSION** |

Upon Appellant / Defendant's foregoing motion and good cause appearing therefor;

IT IS HEREBY ORDERED;

That Appellant / Defendant is granted an extension of time for the filing of Appellant's reply brief, from the current deadline of March 17, 2023 to the date of March 24, 2023. No further extensions will be granted.

CC:     Stevenson Law Office
        Montana Attorney General

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 15 2023